IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

GUSTAVO ADOLFO
CASTELLANOS MADRID,
     Petitioner,

v.                                      Civil No. 3:26cv65 (DJN)

JEFFREY CRAWFORD, *et al.*,
     Respondents.

**MEMORANDUM ORDER**
**(Directing Response to 28 U.S.C. § 2241 Petition)**

This matter comes before the Court on Petitioner Gustavo Adolfo Castellanos Madrid

("Petitioner") Amended Petition for Writ of Habeas Corpus ("Amended Petition" (ECF No. 2)).

The Amended Petition complies with Rule 2(c)(5) of the Rules Governing § 2254 Cases in U.S.

District Courts.[1]  Upon consideration of Petitioner's properly filed Amended Petition for a writ

of habeas corpus, it appears to the Court that the factual circumstances and legal issues presented

in this Petition are materially identical to those presented in other recently filed and adjudicated

habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C.

§ 1225(b)(2).

The Court hereby ORDERS that:

1.      Respondents SHALL file, by February 12, 2026 either a Notice indicating that the

factual and legal issues presented in this Petition do not differ in any material fashion from those

presented in *Ortega Miranda v. Bondi, et al.*, Civil Case No. 3:25cv769, (E.D. Va. Feb. 3, 2026),

---

[1]     Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241.  Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

ECF No. 19, or an explanation as to why material factual or legal differences between *Ortega Miranda* and this Petition exist.

2.      If the Respondents file a Notice that there are no material differences between this Petition and *Miranda Ortega*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding for purposes of judicial efficiency, subject to any case-specific factual distinctions properly preserved by Respondents, and this Court will issue a ruling without further filings from the parties.  Rule 7(E) of the Local Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action.

3.      It is FURTHER ORDERED that Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's Permission.  If Petitioner has already been removed or transferred from this district, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission.

4.      The Clerk is DIRECTED to forward a copy of this Order to Petitioner's counsel of record and to the United States Attorney's Office for the Eastern District of Virginia, Richmond Division.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Date: February 5, 2026

2